THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>BRANDON L. JOHNSON,<br><br>        Defendant. | No. CR10-5754BHS<br><br>MOTION, AFFIDAVIT AND ORDER EXTENDING PRETRIAL MOTIONS CUT-OFF DATE |

## **MOTION**

COMES NOW the defendant, Brandon L. Johnson, by and through his attorney, Zenon P. Olbertz for an Order extending his pretrial motions cut-off date of February 1, 2011 to February 15, 2011. The government, by and through Assistant U.S. Attorney Jesse Williams, has no objection to an extension.

THIS motion is based on the Affidavit of Zenon P. Olbertz, attached hereto.

RESPECTFULLY SUBMITTED this 28th day of January, 2011.

                                        LAW OFFICE OF
                                      ZENON PETER OLBERTZ
                                      Attorney for Defendant
                                            */s/ Zenon P. Olbertz*
                                      By:_____
                                          Zenon P. Olbertz
                                          WSB #6080

# AFFIDAVIT

STATE OF WASHINGTON  )
                     : ss.
County of Pierce     )

ZENON P. OLBERTZ being first duly sworn under oath deposes and says that I am the attorney for Brandon L. Johnson in the above-entitled matter.

That the discovery in this matter is not complete.  The defense requires additional discovery to address suppression issues.  The U.S. Attorney in this matter is not opposed to this motion.  Therefore, the defense requests a two week extension of the present pretrial motions cutoff date.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ *Zenon P. Olbertz*
_____
Zenon P. Olbertz, WSB #6080

SUBSCRIBED AND SWORN to before me this 28th day of January, 2011.

/s/ *Sarah M. Heckman*

_____
NOTARY PUBLIC in and for the State of Washington.  Residing at Tacoma.  My Commission Expires:  9/29/2013.

MOTION, AFFIDAVIT AND ORDER EXTENDING PRETRIAL MOTIONS CUT-OFF DATE - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

**PROPOSED ORDER**

Before this Court is the defendant's motion for extension of the pretrial motions cutoff date, which is presently scheduled for February 1st, 2011. The government having no objections to said extension, the Court finds, after a consideration of all relevant information that an extension is appropriate in this matter; the Court finds the defendant's motion for extension should be granted. The pretrial motions cut-off date of February 1st, 2011 is VACATED. The pretrial motions cut-off date shall be RESCHEDULED TO February 15, 2011.

IT IS SO ORDERED.

DONE IN OPEN COURT this 31st day of January, 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

By: */s/ Zenon P. Olbertz*
_____
    Zenon P. Olbertz
    WSB #6080

UNITED STATES ATTORNEY'S OFFICE

*Approved Via E-Mail*

By: _____
    Jesse Williams
    Assistant U.S. Attorney

MOTION, AFFIDAVIT AND ORDER EXTENDING PRETRIAL MOTIONS CUT-OFF DATE - 3

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441