UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BRANDON L. JOHNSON,<br><br>Defendant. | No. CR10-5754BHS<br><br>ORDER AUTHORIZING FILING OF AN OVER-LENGTH BRIEF |

Before this Court is the defendant's motion for an order allowing the filing of an over-length brief; the Court finds, after a consideration of all relevant information that the defendant is authorized to file an over-length brief in this matter.

DONE IN OPEN COURT this 2nd day of March, 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

   */s/ Zenon P. Olbertz*

By: _____
   Zenon P. Olbertz
   WSB #6080

ORDER ALLOWING FILING OF OVER-LENGTH BRIEF - 1

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441