Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR10-5754BHS |
| v. | ) ORDER |
| BRANDON LAYNE JOHNSON, A.K.A. BRANDON STONE | ) |
| Defendant. | ) |

Good Cause having been shown upon the United States' Motion to File an Overlength Response to Defendant's Motion to Suppress Evidence, it is hereby

ORDERED that the United States' Motion to File an Overlength Response is GRANTED.

DATED this <u>7th</u> day of March, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Jesse Williams*
JESSE WILLIAMS
Special Assistant United States Attorney

PROPOSED ORDER
U.S. v. JOHNSON, CR10-5754BHS    -    1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800